# UNITED STATES DISTRICT COURT
for the

____9th____ District of __IDAHO__

____Eastern____ Division

**U.S. COURTS**
APR 07 2023
Rcvd __Counter__ Filed __JM__ Time __9:55 am__
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| __KEVIN ANTHONY POPLAR__ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> __IDAHO STATE POLICE__ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. __4:23-CV-156-BLW__ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN ANTHONY POPLAR |
| Address | 845 Barton Rd #134 |
| | Pocatello, Idaho 83204 |
| | *City / State / Zip Code* |
| County | County of Bannock |
| Telephone Number | (435)695-0323 |
| E-Mail Address | kpanthony3@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | IDAHO STATE POLICE / Trooper Miguel Rivera |
| Job or Title *(if known)* | Law Enforcement officer |
| Address | 5255 South 5th Avenue |
| | Pocatello, Idaho 83204 |
| | *City / State / Zip Code* |
| County | County of Bannock |
| Telephone Number | (208)236-6066 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [x] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                  *City*         *State*       *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                  *City*         *State*       *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Fourth Amendment

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

105 North 4th Avenue in Pocatello

B. What date and approximate time did the events giving rise to your claim(s) occur?

December 12, 2022    Time 16:22 Hours

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Page attached

A civil complaint is brought against Miguel Rivera, as a state police officer with the Idaho state police by Kevin Poplar in his individual capacity and as the Plaintiff.

Plaintiff alleges that on or around December 2022, Miguel Rivera acting as an officer with the Idaho state police, wrongfully and unlawfully acted to confine the body of Plaintiff and did not allow him the freedom of movement, constituting a False Imprisonment.

Plaintiff further alleges that Miguel Rivera recklessly and improperly hindered and interfered with Plaintiff's liberty when he used unjustifiable physical force to restrain and detain him.

In addition, Plaintiff claims that Miguel Rivera unlawfully searched for and seized physical evidence from the Plaintiff's person, property, and/or residence without a warrant or legal authority. The damage came when officer Rivera came kut

Finally, Plaintiff claims that Miguel Rivera assaulted the Plaintiff when he used unjustifiable physical force against them. Plaintiff claims he was minding his own business pursuing his happiness and safety before the defendant walks up and places his hands in his pockets.

As a result of the aforementioned actions, Plaintiff has suffered economic and non-economic damages for which he has no remedy but to seek judicial relief per the applicable

laws and codes of the State of Idaho.

WHEREFORE, Plaintiff seeks damages against Miguel Rivera, as well as compensatory, consequential, and punitive damages.

Signature _____

Date 04/07/2023

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Trauma and unusual Back Pains

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Want $1.5 million dollars, For the actions of Miguel Rivera as a Idaho State Police Trooper. For violating my Fourth Amendment Right.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/07/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: KEVIN ANTHONY POPLAR

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
                City          State        Zip Code
Telephone Number  _____
E-mail Address  _____